UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES LUCERO, | Case No. 2:25-cv-1267-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| DANIEL ADAMS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion to strike defendants' answer, ECF No. 10, and a motion to amend the complaint, ECF No. 11. To date, defendants have not responded to plaintiff's motion to strike.

Pursuant to Local Rule 251, "when there has been a complete and total failure to respond to a discovery request or order," an aggrieved party may bring a motion for sanctions for hearing on fourteen days notice. E.D. Cal. 251(e). The rule requires that the responding party file a response to a motion for sanctions not later than seven days before the hearing. *Id.* Failure to comply with the court's deadlines "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110.

Accordingly, it is hereby ORDERED that:

1. The October 2, 2025 hearing on the plaintiff's motion to strike is continued November

1

6, 2025, at 10:00 a.m.

2. By no later than October 16, 2025, defendants shall file an opposition or statement of non-opposition to plaintiff's motion.

3. Defendants shall show cause by no later than October 16, 2025, why sanctions should not be imposed for failure to timely respond to plaintiff's motion.

4. Plaintiff may file a reply to defendants' opposition, if any, on or before October 30, 2025.

IT IS SO ORDERED.

Dated:   September 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2