UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOLORES LUCERO,

      Plaintiff,

      v.

DANIEL ADAMS, et al.,

      Defendants.

No. 2:25-cv-1267-TLN-JDP

**ORDER**

      This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 20, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 30.)  Plaintiff filed objections on April 29, 2026, and they were considered by the undersigned.  (ECF No. 31.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     The proposed Findings and Recommendations filed April 20, 2026 (ECF No. 30)

1

are ADOPTED in full;

2.    This action is dismissed for lack of subject matter jurisdiction; and

3.    The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2